JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail: jonathan-kaufman@sbcglobal.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAJPAL SINGH,

    Plaintiff,

vs.

EMILIO T. GONZALEZ,
Director, United States Citizenship
and Immigration Services,

    Defendant

Case No. C 07 4346

COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTION

E-filing

Plaintiff alleges:

1. This action is brought pursuant to the provisions of 28 U.S.C. § 1331 and 5 U.S.C. §§ 701 - 706.

2. Defendant is the Director of the United States Citizenship and Immigration Services, (USCIS), an agency of the United States as defined by 5 U.S.C. §701(b)(1), charged with the duty to administer and enforce the Immigration and Nationality Act, including the adjudication of an asylee relative petition filed by an asylee in accordance with 8 C.F.R. §208.21(d) to accord derivative asylum to his wife and children accompanying or following to join benefits under 8 U.S.C. §1158(b)(3)(A).

3. Plaintiff is a citizen and national of India who was granted asylum in the United States on September 25, 2002. *See*, attached Exhibit A.

1

4. 8 U.S.C. §1158(b)(3)(A) vests defendant with discretion to accord derivative asylum to an asylee's wife and children residing abroad who are following to join an asylee to the United States. The asylum approval notice served on plaintiff informed him that a benefit of his immigration status included the right to request derivative asylum status for his wife and children, and that to accord derivative asylum plaintiff was required to file a petition on a Form I-730 with the USCIS in accordance with the provisions of 8 C.F.R. §208.21(d).

5. It is defendant's legal duty to adjudicate a properly filed petition, and to issue a travel document to the beneficiary of an approved petition that will permit the beneficiary to apply for admission to the United States.

6. If the beneficiary of a petition is found ineligible for derivative asylum, 8 C.F.R. §208.21(e) requires defendant to forward a written notice stating the basis for denial to an asylee.

7. Plaintiff filed asylee relative petitions for his wife, Narinder Kaur, and his children, Ravinder Singh, Kirandeep Kaur, and Manpreet Singh, and on August 12, 2004 the director of the USCIS Nebraska Service Center approved the petitions, according plaintiff's wife and children derivative asylum under 8 U.S.C. §1158(b)(3)(A). *See*, attached Exhibit B

8. On November 17, 2004 plaintiff's wife and children applied for travel documents at the USCIS office in New Delhi, India. *See*, attached Exhibit C

9. Defendant has not issued a travel document to plaintiff's wife and children or complied with 8 C.F.R. §208.21(e) and forwarded a written notice to plaintiff stating the basis for the denial of travel documents, and the unexplained failure to either issue travel documents or comply with 8 C.F.R. §208.21(e) is unlawful, arbitrary and capricious.

10. Plaintiff's asylee relative petitions remain pending.

11. There is no administrative appeal from defendant's decision.

12. There is a real and actual controversy between the parties. Plaintiff has no adequate remedy at law. Plaintiff has suffered and will continue to suffer irreparable injury as result of the acts of the defendant complained herein.

1  WHEREFORE, plaintiff prays judgment.

2      1. Declaring that plaintiff's wife and children are asylees, entitled to travel documents that
3  will permit them to apply for admission to the United States.

4      2. Declaring that defendant has violated 8 U.S.C. §1158(b)(3)(A), 5 U.S.C. §555(b), and 8
5  C.F.R. §208.21(e) in the adjudication of plaintiff's asylee relative petitions.

6      3. Preliminarily and permanently enjoining defendant, his agents, and delegates to
7  immediately issue travel documents to plaintiff's wife and children or comply with 8
8  C.F.R.§208.21(e).

9      4. Awarding plaintiff his costs and reasonable attorneys fees incurred in this action;

10      5. Granting such other and further relief as may be appropriate.

11  Dated: August 23, 2007

                                                                                                JONATHAN M. KAUFMAN
                                                                                                Attorney For Plaintiff

# EXHIBIT A



**U.S. Department of Justice**

Immigration and Naturalization Service
San Francisco Asylum Office
PO Box 77530
San Francisco, CA 94107

Date: **OCT 0 3 2002**

A95 583 254

Rajpal Singh
20928 Wilbeam Avenue, #34
Castro Valley, CA. 94546

<u>**Asylum Approval**</u>

Dear Mr. Singh:

This letter refers to your request for asylum in the United States filed on Form I-589.

It has been determined that you are eligible for asylum in the United States. Attached please find a completed Form I-94, Arrival Departure Record, indicating that you have been granted asylum status in the United States pursuant to § 208(a) of the Immigration and Nationality Act (INA) as of **September 25, 2002**. This grant of asylum includes your dependents listed above who are present in the United States, were included in your asylum application, and for whom you have established a qualifying relationship by a preponderance of evidence.

You have been granted asylum in the United States for an indefinite period; however, asylum status does not give you the right to remain permanently in the United States. Asylum status may be terminated if you no longer have a well-founded fear of persecution because of a fundamental change in circumstances, you have obtained protection from another country, or you have committed certain crimes or engaged in other activity that makes you ineligible to retain asylum status in the United States. See INA § 208(c)(2).

Now that you are an asylee, you may apply for certain benefits, which are listed below. You are also responsible for complying with certain laws and regulations, if such laws and regulations apply to you. These responsibilities are also explained in this letter. We recommend that you retain the original of this letter as proof of your status and that you submit copies of this letter when applying for any of the benefits or services listed below. You may obtain any of the INS forms mentioned in this letter by visiting an INS district office or calling the INS forms request line at 1-800-870-3676. You may also download any INS form from the public Internet by signing on to the INS website at http://www.ins.usdoj.gov.

**Benefits**

1.  <u>Employment Authorization</u>

You are authorized to work in the United States for as long as you remain in asylum status. Your dependents listed above are also authorized to work in the United States so long as they retain derivative asylum status. To obtain a photo-identity document from the INS evidencing your employment authorization, you and your dependents listed above must each apply for an Employment Authorization

Document (EAD). You are not required to pay a fee with your initial request for an EAD. However, when you submit an application to renew your EAD, you must pay a fee or request a fee waiver under 8 C.F.R. 103.7(c). To apply for an EAD, submit a separate Form I-765, Application for Employment Authorization, for each qualifying family member to the Nebraska Service Center, P.O. Box 87765, Lincoln, NE 68501-7765.

2. <u>Social Security Cards</u>

You may immediately apply for an unrestricted Social Security card at any Social Security office. To get an Application for a Social Security Card (Form SS-5) or to get more information about applying for a Social Security card use http://www.ssa.gov on the Internet, call the toll-free number 1-800-772-1213, or visit a local Social Security office. When you go to a Social Security office to apply for a Social Security card, you must take your I-94 card showing you have been granted asylum status. If available, you should also take some kind of identity document, such as an EAD or your passport. For directions to the Social Security office nearest to you, call the SSA toll-free number or visit the website listed above.

3. <u>Employment Assistance</u>

You are eligible to receive a variety of services under Title I of the Workforce Investment Act of 1998. Such services include job search assistance, career counseling, and occupational skills training. These and other services are available at local One-Stop Career Centers. To obtain information about the Center nearest you, please call 1-877-US2-JOBS. The information is also available on-line through America's Service Locator at http://www.servicelocator.org.

4. <u>Derivative Asylum Status</u>

You may request derivative asylum status for any spouse or child (unmarried and under 21 years of age) who is not included in this decision and with whom you have a qualifying relationship. To request derivative asylum status, you must submit a Form I-730, Refugee and Asylee Relative Petition, to the Nebraska Service Center, P.O. Box 87730, Lincoln, NE 68501-7730. **The Form I-730 must be filed for each qualifying family member within 2 years of the date you were granted asylum status,** unless the INS determines that this time period should be extended for humanitarian reasons.

5. <u>Adjustment of Status</u>

You may apply for lawful permanent resident status under section 209(b) of the Immigration and Nationality Act after you have been physically present in the United States for a period of one year after the date you were granted asylum status. To apply for lawful permanent residence status, you must submit a separate Form I-485, Application to Register Permanent Residence or Adjust Status, for yourself and each qualifying family member to the Nebraska Service Center, P.O. Box 87485, Lincoln, Nebraska, 68501-7485. If you have a child who turns 21 years old prior to the completion of the adjustment process, you should contact the asylum office with jurisdiction over your case for additional instructions regarding the adjustment process.

6. <u>Assistance and Services through the Office of Refugee Resettlement (ORR)</u>

You may be eligible to receive assistance and services through the Office of Refugee Resettlement (ORR). ORR funds and administers various programs, which are run by state and private, non-profit agencies throughout the U.S. The programs include cash and medical assistance, employment preparation and job

placement, and English language training. Many of these programs have time-limited eligibility periods that begin from the date of your grant of asylum. Therefore, if you wish to seek assistance, it is important that you do so as soon as possible after receipt of this letter. To find out what programs are available and where to go for assistance and services in your state, **please call (800) 354-0365.** You also may sign on to the ORR website at http://www.acf.dhhs.gov/programs/orr.

**Responsibilities**

1. Departing from the United States

If you, and/or your qualifying family members, plan to depart the United States, you must each obtain permission to return to the United States before you leave this country by obtaining a refugee travel document(s). A refugee travel document may be used for temporary travel abroad and is required for re-admission to the United States as an asylee. If you and/or your qualifying family members do not obtain a refugee travel document in advance of your departure, you may be unable to re-enter the United States, or you may be placed in removal proceedings before an immigration judge. You and each qualifying family member may apply for a Refugee Travel Document by each submitting a Form I-131, Application for Travel Document, with the required fee or request for fee waiver under 8 C.F.R. 103.7(c) to the Nebraska Service Center, P.O. Box 87131, Lincoln, NE 68501-7131.

2. Changes of Address

You must notify the INS of any change of address within ten days of any such change. You may obtain a Form AR-11, Alien's Change of Address Card at your nearest post office or INS office to comply with this requirement.

3. Selective Service Registration

All male asylees between the ages of 18 and 26 must register for the Selective Service. To obtain information about the Selective Service and how to register, you may sign on to the Selective Service website at http://www.sss.gov or obtain a Selective Service "mail-back" registration form at your nearest post office.

**Note: Please write your full name, date of birth, and A number on any correspondence you have with the INS.**

Sincerely,

[signature]

(for)
Emilia Bardini
Director, San Francisco Asylum Office

Enclosure: I-94 Card

Departure Number

**261938995 07**

A95 583 254

Immigration and Naturalization Service
I-94
Departure Record

ASYLUM STATUS GRANTED INDEFINITELY PURSUANT TO SEC. 208 OF THE I&N ACT ON

SEP 2 5 2002

ZSF-130

14. Family Name: SINGH
15. First (Given) Name: Rajpal
16. Birth Date (Day/Mo/Yr): 05 03 61
17. Country of Citizenship: India

# EXHIBIT B

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-03-200-53474 | | CASE TYPE I730<br>REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| RECEIPT DATE<br>June 13, 2003 | PRIORITY DATE | PETITIONER  A95 583 254<br>SINGH, RAJPAL |
| NOTICE DATE<br>August 12, 2004 | PAGE<br>1 of 1 | BENEFICIARY  A97 116 058<br>KAUR, NARINDER |

RAJPAL SINGH
C/O RAJINDER SINGH
3449 W WRENWOOD AVE
FRESNO CA 93711

Notice Type:   Approval Notice
Class: ASY

Your Refugee/Asylee Relative Petition for the family member(s) listed on this notice has been approved in accordance with Section 208 of the Immigration and Nationality Act, and forwarded to the Department of State National Visa Center, 32 Rochester Ave., Portsmouth, NH 03801. This completes all INS action on this petition.

The Department of State will notify the U.S. Embassy or Consulate abroad having jurisdiction over the area where your relative(s) resides.  The consular post will contact your relative(s) regarding procedures to be followed for travel to the United States.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



| U.S. Department of Justice | Notice of Action |
|---|---|
| Immigration and Naturalization Service | |

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I730 |
|---|---|---|---|
| LIN-03-200-53494 | | REFUGEE ASYLEE RELATIVE PETITION | |
| RECEIPT DATE | PRIORITY DATE | PETITIONER | A95 583 254 |
| June 13, 2003 | | SINGH, RAJPAL | |
| NOTICE DATE | PAGE | BENEFICIARY | A97 116 059 |
| August 12, 2004 | 1 of 1 | SINGH, MANPREET | |

RAJPAL SINGH
C/O RAJINDER SINGH
3449 W WRENWOOD AVE
FRESNO CA 93711

Notice Type:  Approval Notice
Class: ASY

Your Refugee/Asylee Relative Petition for the family member(s) listed on this notice has been approved in accordance with Section 208 of the Immigration and Nationality Act and forwarded to the Department of State National Visa Center, 32 Rochester Ave., Portsmouth, NH 03801. This completes all INS action on this petition.

The Department of State will notify the U.S. Embassy or Consulate abroad having jurisdiction over the area where your relative(s) resides. The consular post will contact your relative(s) regarding procedures to be followed for travel to the United States.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

| RECEIPT NUMBER | | CASE TYPE I730 |
|---|---|---|
| LIN-03-200-53521 | | REFUGEE ASYLEE RELATIVE PETITION |
| RECEIPT DATE | PRIORITY DATE | PETITIONER A95 583 254 |
| June 13, 2003 | | SINGH, RAJPAL |
| NOTICE DATE | PAGE | BENEFICIARY A97 116 061 |
| August 12, 2004 | 1 of 1 | SINGH, RAVINDER |

RAJPAL SINGH
C/O RAJINDER SINGH
3449 W WRENWOOD AVE
FRESNO CA 93711

Notice Type: Approval Notice
Class: ASY

Your Refugee/Asylee Relative Petition for the family member(s) listed on this notice has been approved in accordance with Section 208 of the Immigration and Nationality Act, and forwarded to the Department of State National Visa Center, 32 Rochester Ave., Portsmouth, NH 03801. This completes all INS action on this petition.

The Department of State will notify the U.S. Embassy or Consulate abroad having jurisdiction over the area where your relative(s) resides. The consular post will contact your relative(s) regarding procedures to be followed for travel to the United States.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Form I-797 (Rev. 09/07/93)N

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

# THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| **RECEIPT NUMBER** LIN-03-200-53506 | | **CASE TYPE** I730 REFUGEE ASYLEE RELATIVE PETITION | |
| **RECEIPT DATE** June 13, 2003 | **PRIORITY DATE** | **PETITIONER** A95 583 254 SINGH, RAJPAL | |
| **NOTICE DATE** August 12, 2004 | **PAGE** 1 of 1 | **BENEFICIARY** A97 116 060 KAUR, KIRANDEEP | |

RAJPAL SINGH
C/O RAJINDER SINGH
3449 W WRENWOOD AVE
FRESNO CA 93711

**Notice Type:** Approval Notice
**Class:** ASY

Your Refugee/Asylee Relative Petition for the family member(s) listed on this notice has been approved in accordance with Section 208 of the Immigration and Nationality Act, and forwarded to the Department of State National Visa Center, 32 Rochester Ave., Portsmouth, NH 03801. This completes all INS action on this petition.

The Department of State will notify the U.S. Embassy or Consulate abroad having jurisdiction over the area where your relative(s) resides. The consular post will contact your relative(s) regarding procedures to be followed for travel to the United States.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



# EXHIBIT C

FROM : ANAND0STD    PHONE NO. : 21947    AUG. 22 2007 10:06AM P1



U.S. Citizenship
and Immigration
Services

Citizenship and Immigration Services (CIS)
American Embassy, Shantipath, Chanakyapuri
New Delhi, India-110 021

October 12, 2004

SINGH, RAJPAL
A95 583 254

NARINDER KAUR
W/O RAJPAL SINGH S/O AJIT SINGH
VILLAGE SUNYIA, TEH. BATALA
DIST GURDASPUR, PUNJAB

**ACCOMPANYING FAMILY MEMBERS:**

| A97 116 ___ | SINGH, MANPREET | 11/06/1988 | INDIA |
|---|---|---|---|
| A97 116 ___ | KAUR, NARINDER | 04/08/1959 | INDIA |
| A97 116 ___ | KAUR, KIRANDEEP | 07/30/1990 | INDIA |
| A97 116 ___ | SINGH, RAVINDER | 05/26/1992 | INDIA |

The Citizenship & Immigration Services (CIS) at American Embassy in New Delhi has received authorization to process travel document(s) for you. You are scheduled for interview at this Office on **17 NOVEMBER 2004** with all required credible documentation.

The above named individuals should be at the CIS office by 8:30 a.m. on the above date. If they are unable to meet this appointment, they must notify us as soon as possible so that we may reschedule them. If there is a scheduling problem, please write to the address listed above or call at telephone number: 2419-8000, Ext ____ . Your case cannot be processed to completion without proper documentation. If you have not already done so, please secure the following for yourself and the accompanying family members before your interview:

(1) Passport for each and every family member
(2) Original Marriage Certificate/Marriage Photographs Album (if married)
(3) Original Birth Certificates, School record, School Board Certificates (requires English Translation, if applicable)
(4) Medical report(s) (list of physicians attached)
(5) 8-front view and 3-side view passport size photos-COLOURED ONLY-as per attached Specification Sheet.
(6) Ration Card (new old & new) requires English translation, if applicable.
(7) Old Family photographs (as much as possible); Correspondence/recent photographs from the Petitioner.
(8) Original Voter list/Voter's I.D. card (if applicable/available)
(9) Current address, phone no. and photographs of petitioners

**NOTE: YOU MUST BRING PHOTOCOPIES OF ALL ORIGINAL DOCUMENTS.**


U.S. Citizenship
and Immigration
Services

Nov. 30, 2004

Principal Applicant
SINGH, Rajpal
A95 583 254

Narinder Kaur
W/o Rajpal Singh S/o Mjr Singh
Village Suny…, …
Distt. Gurda…, Punjab

The document… submitted by you is not sufficient to warrant favorable consideration of your case. Please … comply with the below highlighted/circled instructions

1. Passport … children.
2. More Old photographs of children.
3. Current photographs of your husband.
4. Any old Correspondence from your husband.
5. Any previous School Record.
6. Original … Certificates.
7. **Documents in … Punjabi/Urdu or any other regional language must be accompanied … complete translation. The translator must certify that the translation is accurate and that he or she is competent to translate.**

You are hereby notified to appear for an interview with this office on **Feb. 18, 2005** with all required documents. … Your failure to comply with the above instructions will result in the denial of your … to prosecute the INS benefit sought.

Henry G. Eager
Asst. Officer In Charge, CIS