1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiff

6                   UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                   SAN FRANCISCO DIVISION

10 RAJPAL SINGH,                              Case No. C 07-4346 EDL

11                                            CERTIFICATE OF SERVICE
            Plaintiff,
12
        vs.
13
   EMILIO T. GONZALEZ,
14 Director, United States Citizenship and
   Immigration Services,
15
            Defendant.
16 _____/

17      I, JONATHAN M. KAUFMAN, do hereby declare:

18      That on August 24, 2007 plaintiff's Declination to Proceed Before a Magistrate Judge and

19 Request for Reassignment to a United States District Judge were served on defendant by placing

20 copies in the U.S. Mail at San Francisco, California in a sealed envelope, postage affixed, addressed

21 to Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco,

22 CA 94102.

                                    1

1  I declare under penalty of perjury that the foregoing is true and correct and that this was
2  executed on August 24, 2007 at San Francisco, California.

                                                          JONATHAN M. KAUFMAN