**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**August 28, 2007**

**CASE NUMBER: CV 07-04346 EDL**
**CASE TITLE: RAJPAL SINGH-v-EMILIO T GONZALEZ**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Maxine M. Chesney** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/28/07

FOR THE EXECUTIVE COMMITTEE:

_____
　　　　　　　　　　　　　　　Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies　　　　　Special Projects
Log Book Noted　　　　　　　　　　　　Entered in Computer 8/27/07ha


CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel　　　　　　　　　Transferor CSA