1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJPAL SINGH, | Case No. 07-4346 MMC |
| Plaintiff, | ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION [PROPOSED] |
| vs. | |
| EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

Defendant is enjoined to adjudicate the asylee relative petitions plaintiff filed on behalf of his wife, Narinder Kaur, and his children, Ravinder Singh, Kirandeep Kaur, and Manpreet Singh, and issue travel documents to plaintiff's wife and children or serve plaintiff with written notice why travel documents are denied.

IT IS SO ORDERED.

Dated:

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1