1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:    jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiff

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                         SAN FRANCISCO DIVISION

9

10 RAJPAL SINGH,                              Case No. C 07-4346 MMC

11                                            CERTIFICATE OF SERVICE
               Plaintiff,
12
        vs.
13
   EMILIO T. GONZALEZ,
14 Director, United States Citizenship and
   Immigration Services,
15
               Defendant.
16 _____/

17      I, JONATHAN M. KAUFMAN, do hereby declare:

18      That on August 28, 2007 copies of Plaintiff's Notice of Motion and Motion for Preliminary

19 Injunction and Supporting Memorandum of Points and Authorities and Order Granting Motion for

20 Preliminary Injunction [Proposed] were served on defendant by placing copies in the U.S. Mail at

21 San Francisco, California in a sealed envelope, postage affixed, addressed to Civil Process Clerk,

22 United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

23

24

25

26

27

28                                        1

1 | I declare under penalty of perjury that the foregoing is true and correct and that this was
2 | executed on August 28, 2007 at San Francisco, California.

                                                                  JONATHAN M. KAUFMAN