JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:     jonathan-kaufman@sbcglobal.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJPAL SINGH, | Case No.  07-4346 MMC |
| Plaintiff, | PLAINTIFF'S WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION |
| vs. | |
| EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

Plaintiff has received notice that his family has been scheduled for an appointment to apply for travel documents at the United States Citizenship and Immigration Services office in New Delhi, India on September 21, 2007.

In consideration of the scheduling of that appointment plaintiff withdraws his motion for a preliminary injunction.

Dated: September 14, 2007

Respectfully submitted,

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

1