1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJPAL SINGH, | Case No. C 07-4346 MMC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

I, JONATHAN M. KAUFMAN, do hereby declare:

That on September 14, 2007 Plaintiff's Withdrawal of Motion for Preliminary Injunction and Supporting Memorandum of Points and Authorities was served on defendant by placing a copy in the U.S. Mail at San Francisco, California in a sealed envelope, postage affixed, addressed to: Melanie Proctor, Assistant United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1

1 | I declare under penalty of perjury that the foregoing is true and correct and that this was
2 | executed on September 14, 2007 at San Francisco, California.

                                                    JONATHAN M. KAUFMAN