JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:     jonathan-kaufman@sbcglobal.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJPAL SINGH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EMILIO T. GONZALEZ,<br>Director, United States Citizenship and Immigration Services,<br><br>　　　　　Defendant.<br>_____/ | Case No. C 07-4346 MMC<br><br>CERTIFICATE OF SERVICE |

　　　　I, JONATHAN M. KAUFMAN, do hereby declare:

　　　　That on September 14, 2007 the Court's' Standing Orders and the February 27, 2007 Case Management Conference Order were served on defendant by placing copies in the U.S. Mail at San Francisco, California in a sealed envelope, postage affixed, addressed to: Melanie Proctor, Assistant United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1

1  I declare under penalty of perjury that the foregoing is true and correct and that this was
2  executed on September 14, 2007 at San Francisco, California.

3
                                                              _____
4                                                             JONATHAN M. KAUFMAN