1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendant
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN FRANCISCO DIVISION
11
   RAJPAL SINGH,                          )    No. C07-4346 MMC
12                                        )
                 Plaintiff,               )
13                                        )
          v.                              )
14                                        )    STIPULATION TO DISMISS AND
   EMILIO T. GONZALEZ, Director, U.S.     )    [PROPOSED] ORDER
15 Citizenship and Immigration Services,  )
                                          )
16               Defendant.               )
                                          )
17

18        Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys

19 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

20 action without prejudice in light of the fact that the United States Citizenship and Immigration

21 Services has issued the travel documents at issue in this action.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION
C 07-4346 MMC

1 Each of the parties shall bear their own costs and fees.

2 Dated: September 28, 2007  Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Defendants

Dated: September 25, 2007  /s/
JONATHAN KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 

MAXINE M. CHESNEY
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C 07-4346 MMC                    2