1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
     FAX: (415) 436-6927
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11
   RAJPAL SINGH,                    )        No. C07-4346 MMC
12                                      )
                    Plaintiff,    )
13                                      )
     v.                               )
14                                    )        STIPULATION TO DISMISS; ORDER
   EMILIO T. GONZALEZ, Director, U.S.   )        THEREON
15 Citizenship and Immigration Services,    )
                                   )
16                   Defendant.  )
   _____)
17

18      Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys

19 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

20 action without prejudice in light of the fact that the United States Citizenship and Immigration

21 Services has issued the travel documents at issue in this action.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION
C 07-4346 MMC

1 | Each of the parties shall bear their own costs and fees.

Dated: September 28, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: September 25, 2007

_____/s/_____
JONATHAN KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 28, 2007

*[signature]*
MAXINE M. CHESNEY
United States District Judge